737 S.E.2d 853

The **STATE**, Respondent,

v.

Adams **GIBSON**, Petitioner.

Appellate Case No. 2010–180806

**No. 27221.**

Supreme Court of South Carolina.

Heard Jan. 10, 2013.

Decided Feb. 13, 2013.

Appellate Defender Robert Michael Dudek, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Donald J. Zelenka, Assistant Attorney General Alphonso Simon, Jr., and Solicitor Daniel Edward Johnson, all of Columbia, for Respondent.

PER CURIAM.

We granted certiorari to review the Court of Appeals' direct appeal decision in *State v. Gibson,* 390 S.C. 347, 701 S.E.2d 766 (Ct.App.2010). After careful consideration of the record, appendix, and briefs, we dismiss certiorari as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**